**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Adrienne D Dickerson |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Maryland (State) |
| Case number | 13-27382 |

## Form 4100R

# Amended Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment**

---

### Part 1:    Mortgage Information

**Court claim no.** (if known):

**Name of creditor:** MTGLQ Investors, L.P.

6

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX7235

**Property address:** 9317 Lyonswood Drive
Number        Street

Owings Mills, MD 21117
City            State        ZIP Code

---

### Part 2:    Prepetition Default Payments

*Check One*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

$ _____

---

### Part 3:    Postpetition Mortgage Payment

*Check One*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due            (a) $ 15,152.06

b. Less Suspense                                       - (b) $ 1,630.82

c. **Total** Add lines a and b.                          (c) $ 13,521.24

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on            09 / 01 / 2018
MM / DD / YYYY

---

Debtor 1    Adrienne  D. Dickerson                                     Case number *(if known)*    13-27382
_____                          _____
First Name       Middle Name        Last Name

---

## Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

## Part 5:    Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box.*

☐  I am the creditor
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✖ **/s/Randa S Azzam**                                     Date    3/18/2019
_____                        _____
Signature

Print:    Randa S. Azzam                                   Title    Attorney for Creditor
          _____                        _____
          First Name       Middle Name        Last Name

Company   Samuel I. White, P.C.
          _____

If different from the notice address listed on the proof of claim to which this response applies:

Address   611 Rockville Pike  Suite 100
          _____
          Number          Street

          Rockville, MD 20852
          _____
          City                           State       ZIP Code

Contact phone    (301) 804-3400                   Email    RAzzam@siwpc.com

---

CERTIFICATE OF SERVICE

I certify that on March 18, 2019, the foregoing Amended Response to Notice of Final Cure was served via CM/ECF on Robert S. Thomas, II, Trustee, and Candy L. Thompson, Counsel for Debtor, at the email addresses registered with the Court, and that a true copy was mailed via first class mail, postage prepaid, to Adrienne D Dickerson, Debtor, 9317 Lyonswood Dr, Owings Mills, MD 21117.

**/s/Randa S Azzam**
Randa S. Azzam, Esquire
Samuel I. White, P. C.



| PAYMENT CHANGES | | | |
|---|---|---|---|
| DATE | P&I | Taxes | Insurance |
| 09/01/12 | | | |
| 11/01/13 | | | |
| 03/01/14 | | | |
| 04/01/15 | | | |
| 01/01/17 | | | |
| 05/01/17 | 1,393.82 | 722.48 | |
| 08/01/18 | 1,393.82 | 770.76 | |
| 05/01/19 | 1,393.82 | 743.45 | |
| | | | |
| | | | |

| Loan# | ███████ |
|---|---|
| Borrower: | Dickerson |
| Date Filed: | 10/14/2013 |
| First Post Petition Due Date: | 11/1/2013 |
| POC covers: | 9/1/2012-10/1/2013 |

| Date | Amount Recvd | Contractual Due Date | Post Petition Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit |
|---|---|---|---|---|---|---|---|
| 11/15/2013 | $1,986.00 | | | | $1,986.00 | $1,986.00 | |
| 11/18/2013 | | 9/1/2012 | 11/1/13 | $1,958.33 | -$1,958.33 | | $1,958.33 |
| 12/20/2013 | $1,986.00 | | | | $1,986.00 | $1,986.00 | |
| 12/26/2013 | | 10/1/2012 | 12/1/13 | $1,958.33 | -$1,958.33 | | $1,958.33 |
| 1/23/2014 | $1,986.00 | | | | $1,986.00 | $1,986.00 | |
| 2/3/2014 | | 11/1/2012 | 1/1/14 | $1,958.33 | -$1,958.33 | | $1,958.33 |
| 2/28/2014 | $1,986.00 | | | | $1,986.00 | $1,986.00 | |
| 3/3/2014 | | 12/1/2012 | 2/1/14 | $1,958.33 | -$1,958.33 | | $1,958.33 |
| 3/24/2014 | $2,030.00 | | | | $2,030.00 | $2,030.00 | |
| 3/25/2014 | | 1/1/2013 | 3/1/14 | $2,029.79 | -$2,029.79 | | $2,029.79 |
| 4/30/2014 | $2,029.79 | | | | $2,029.79 | $2,029.79 | |
| 5/6/2014 | | 2/1/2013 | 4/1/14 | $2,029.79 | -$2,029.79 | | $2,029.79 |
| 5/19/2014 | | | Trustee Payment | $0.00 | | | |
| 6/2/2014 | $2,029.79 | | | | $2,029.79 | $2,029.79 | |
| 6/3/2014 | | 3/1/2013 | 5/1/14 | $2,029.79 | -$2,029.79 | | $2,029.79 |
| 6/18/2014 | | | Trustee Payment | $0.00 | | | |
| 7/1/2014 | $2,029.79 | 4/1/2013 | 6/1/14 | $2,029.79 | $0.00 | | |
| 7/28/22014 | | 5/1/2013 | Trustee Payment | $0.00 | | | |
| 7/31/2014 | $2,029.79 | | | | $2,029.79 | $2,029.79 | |
| 8/1/2014 | | 6/1/2013 | 7/1/14 | $2,029.79 | -$2,029.79 | | $2,029.79 |
| 8/25/2014 | | | Trustee Payment | $0.00 | | | |
| 9/10/2014 | | | Trustee Payment | $0.00 | | | |
| 9/22/2014 | $1,902.32 | | | | $1,902.32 | $1,902.32 | |
| 10/6/2014 | $2,154.79 | | | | $2,154.79 | $2,154.79 | |
| 10/8/2014 | | 7/1/2013 | 8/1/14 | $2,029.79 | -$2,029.79 | | $2,029.79 |
| 10/8/2014 | | 8/1/2013 | 9/1/14 | $2,029.79 | -$2,029.79 | | $2,029.79 |

Represents Redacted Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/23/2014 | | 9/1/2013 | Trustee Payment | | $0.00 | | |
| 11/5/2014 | $1,000.00 | | | | $1,000.00 | $1,000.00 | |
| 11/12/2014 | $1,031.00 | | | | $1,031.00 | $1,031.00 | |
| 11/13/2014 | | 10/1/2013 | 10/1/14 | $2,029.79 | -$2,029.79 | | $2,029.79 |
| 11/17/2014 | | | Trustee Payment | | $0.00 | | |
| 12/9/2014 | $2,030.00 | 11/1/2013 | 11/1/14 | $2,029.79 | $0.21 | $0.21 | |
| 12/16/2014 | | | Trustee Payment | | $0.00 | | |
| 1/6/2015 | $2,030.00 | 12/1/2013 | 12/1/14 | $2,029.79 | $0.21 | $0.21 | |
| 1/14/2015 | | 1/1/2014 | Trustee Payment | | $0.00 | | |
| 2/3/2015 | $2,030.00 | 2/1/2014 | 1/1/15 | $2,029.79 | $0.21 | $0.21 | |
| 2/13/2015 | | | Trustee Payment | | $0.00 | | |
| 3/10/2015 | | | Trustee Payment | | $0.00 | | |
| 3/16/2015 | $2,030.00 | 3/1/2014 | 2/1/15 | $2,029.79 | $0.21 | $0.21 | |
| 4/8/2015 | $2,030.00 | 4/1/2014 | 3/1/15 | $2,029.79 | $0.21 | $0.21 | |
| 4/16/2015 | | 5/1/2014 | Trustee Payment | | $0.00 | | |
| 5/12/2015 | $2,267.00 | 6/1/2014 | 4/1/15 | $2,266.95 | $0.05 | $0.05 | |
| 5/28/2015 | | | Trustee Payment | | $0.00 | | |
| 6/10/2015 | $2,267.00 | 7/1/2014 | 5/1/15 | $2,266.95 | $0.05 | $0.05 | |
| 6/18/2015 | | | Trustee Payment | | $0.00 | | |
| 7/8/2015 | $2,267.00 | 8/1/2014 | 6/1/15 | $2,266.95 | $0.05 | $0.05 | |
| 7/16/2015 | | 9/1/2014 | Trustee Payment | | $0.00 | | |
| | | | Transferred to Rushmore | | | | |
| 8/13/2015 | $2,267.00 | 10/1/2014 | 7/1/15 | $2,266.95 | $0.05 | $0.05 | |
| 8/20/2015 | | | Trustee Payment | | $0.00 | | |
| 9/17/2015 | $2,267.00 | 11/1/2014 | 8/1/15 | $2,266.95 | $0.05 | $0.05 | |
| 9/28/2015 | | | Trustee Payment | | $0.00 | | |
| 9/28/2015 | $2,267.00 | 12/1/2014 | 9/1/15 | $2,266.95 | $0.05 | $0.05 | |
| 10/1/2015 | | | NSF Payment 9/1/2015 | | $0.00 | | |
| 10/14/2015 | | 12/1/2014 | Trustee Payment | | $0.00 | | |
| 10/16/2015 | $2,267.00 | 1/1/2015 | 9/1/15 | $2,266.95 | $0.05 | $0.05 | |
| 11/9/2015 | | | Trustee Payment | | $0.00 | | |
| 11/18/2015 | $2,267.00 | 2/1/2015 | 10/1/15 | $2,266.95 | $0.05 | $0.05 | |
| 12/14/2015 | | | Trustee Payment | | $0.00 | | |
| 12/15/2015 | $2,178.90 | 3/1/2015 | 11/1/15 | $2,266.95 | -$88.05 | | $88.05 |
| 1/8/2016 | | 4/1/2015 | Trustee Payment | | $0.00 | | |
| 1/20/2016 | $2,267.00 | 5/1/2015 | 12/1/15 | $2,266.95 | $0.05 | $0.05 | |
| 2/11/2016 | | | Trustee Payment | | $0.00 | | |
| 2/18/2016 | $2,267.00 | 6/1/2015 | 1/1/16 | $2,266.95 | $0.05 | $0.05 | |
| 3/9/2016 | | | Trustee Payment | | $0.00 | | |
| 3/21/2016 | $2,267.00 | 7/1/2015 | 2/1/16 | $2,266.95 | $0.05 | $0.05 | |
| 4/20/2016 | | 8/1/2015 | Trustee Payment | | $0.00 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4/20/2016 | $2,267.00 | 9/1/2015 | 3/1/16 | $2,266.95 | $0.05 | $0.05 | |
| 5/11/2016 | | | Trustee Payment | | $0.00 | | |
| 5/20/2016 | $2,267.00 | 10/1/2015 | 4/1/16 | $2,266.95 | $0.05 | $0.05 | |
| 6/9/2016 | | | Trustee Payment | | $0.00 | | |
| 6/21/2016 | $2,267.00 | 11/1/2015 | 5/1/16 | $2,266.95 | $0.05 | $0.05 | |
| 6/30/2016 | $1,257.00 | | | | $1,257.00 | $1,257.00 | |
| 7/1/2016 | | | NSF Payment | | $0.00 | | $1,257.00 |
| 7/13/2016 | | | Trustee Payment | | $0.00 | | |
| 7/21/2016 | $2,267.00 | | 6/1/16 | $2,266.95 | $0.05 | $0.05 | |
| 8/1/2016 | | | NSF Payment 06/01/16 | | $0.00 | | $0.05 |
| 8/4/2016 | $2,267.00 | 12/1/2015 | 6/1/16 | $2,266.95 | $0.05 | $0.05 | |
| 8/5/2016 | | | Trustee Payment | | $0.00 | | |
| 9/1/2016 | $1,558.00 | 1/1/2016 | | | $1,558.00 | $1,558.00 | |
| 9/6/2016 | | | Trustee Payment | | $0.00 | | |
| 9/12/2016 | $420.00 | | | | $420.00 | $420.00 | |
| 10/4/2016 | $2,267.00 | 2/1/2016 | 7/1/16 | $2,266.95 | $0.05 | $0.05 | |
| 11/7/2016 | $500.00 | 3/1/2016 | 8/1/16 | $2,266.95 | -$1,766.95 | | $1,766.95 |
| 11/8/2016 | | 4/1/2016 | Trustee Payment | | $0.00 | | |
| 11/14/2016 | $1,767.00 | | | | $1,767.00 | $1,767.00 | |
| 11/30/2016 | $500.00 | 5/1/2016 | 9/1/16 | $2,266.95 | -$1,766.95 | | $1,766.95 |
| 12/14/2016 | $1,925.00 | | | | $1,925.00 | $1,925.00 | |
| 12/16/2016 | | 6/1/2016 | Trustee Payment | | #VALUE! | | |
| 12/31/2016 | $1,595.00 | 7/1/2016 | 10/1/16 | $2,266.95 | -$671.95 | | $671.95 |
| 1/9/2017 | | | Trustee Payment | | #VALUE! | $1,410.00 | |
| 1/11/2017 | $1,000.00 | 8/1/2016 | 11/1/16 | $2,266.95 | -$1,266.95 | | $1,266.95 |
| 1/19/2017 | $1,410.00 | 9/1/2016 | 12/1/16 | $2,266.95 | -$856.95 | | $856.95 |
| 2/7/2017 | | 10/1/2016 | Trustee Payment | | #VALUE! | | |
| 2/21/2017 | $1,070.00 | | | | $1,070.00 | $1,070.00 | |
| 2/28/2017 | $1,200.00 | 11/1/2016 | 1/1/17 | $2,187.24 | -$987.24 | | $987.24 |
| 3/8/2017 | | | Trustee Payment | | #VALUE! | | |
| 3/9/2017 | $1,280.00 | | | | $1,280.00 | $1,280.00 | |
| 3/30/2017 | $987.00 | 12/1/2016 | 2/1/17 | $2,187.24 | -$1,200.24 | | $1,200.24 |
| 4/12/2017 | | | Trustee Payment | | #VALUE! | | |
| 4/17/2017 | $2,188.00 | 1/1/2017 | 3/1/17 | $2,187.24 | $0.76 | $0.76 | |
| 5/8/2017 | | | Trustee Payment | | #VALUE! | | |
| 5/30/2017 | $1,040.00 | | | | $1,040.00 | $1,040.00 | |
| 5/31/2017 | $1,093.00 | 2/1/2017 | 4/1/17 | $2,187.24 | -$1,094.24 | | $1,094.24 |
| 6/12/2017 | | | Trustee Payment | | #VALUE! | | |
| 6/13/2017 | $800.00 | | | | $800.00 | $800.00 | |
| 6/30/2017 | $1,353.00 | 3/1/2017 | 5/1/17 | $2,116.30 | -$763.30 | | $763.30 |
| 7/17/2017 | | 4/1/2017 | Trustee Payment | | #VALUE! | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7/31/2017 | $2,155.00 | 5/1/2017 | 6/1/17 | $2,116.30 | $38.70 | $38.70 | |
| 8/9/2017 | | | Trustee Payment | | #VALUE! | | |
| 8/29/2017 | $2,155.00 | 6/1/2017 | 7/1/17 | $2,116.30 | $38.70 | $38.70 | |
| 9/12/2017 | | | Trustee Payment | | #VALUE! | | |
| 9/26/2017 | $1,750.00 | 7/1/2017 | 8/1/17 | $2,116.30 | -$366.30 | | $366.30 |
| 9/30/2017 | $403.00 | | | | $403.00 | $403.00 | |
| 10/10/2017 | | | Trustee Payment | | #VALUE! | | |
| 10/25/2017 | $1,050.00 | | | | $1,050.00 | $1,050.00 | |
| 10/31/2017 | $1,105.00 | 8/1/2017 | 9/1/17 | $2,116.30 | -$1,011.30 | | $1,011.30 |
| 11/9/2017 | | | Trustee Payment | | #VALUE! | | |
| 11/30/2017 | $1,839.00 | 9/1/2017 | 10/1/17 | $2,116.30 | -$277.30 | | $277.30 |
| 12/18/2017 | | | Trustee Payment | | #VALUE! | | |
| 12/22/2017 | $575.00 | | | | $575.00 | $575.00 | |
| 12/22/2017 | $1,274.00 | 10/1/2017 | 11/1/17 | $2,116.30 | -$842.30 | | $842.30 |
| 1/5/2018 | $2,164.00 | 11/1/2017 | | $2,116.30 | $47.70 | $47.70 | |
| 1/9/2018 | | | Trustee Payment | | #VALUE! | | |
| 2/8/2018 | $1,966.00 | 12/1/2017 | 12/1/17 | $2,116.30 | -$150.30 | | $150.30 |
| 2/8/2018 | $200.00 | | | | $200.00 | $200.00 | |
| 2/8/2018 | | | Trustee Payment | | #VALUE! | | |
| 2/28/2018 | $1,975.00 | 1/1/2018 | 1/1/18 | $2,116.30 | -$141.30 | | $141.30 |
| 3/7/2018 | $2,277.00 | 2/1/2018 | 2/1/18 | $2,116.30 | $160.70 | $160.70 | |
| 3/15/2018 | | | Trustee Payment | | #VALUE! | | |
| 3/31/2018 | $1,474.00 | 3/1/2018 | 3/1/18 | $2,116.30 | -$642.30 | | $642.30 |
| 4/30/2018 | $500.00 | 4/1/2018 | 4/1/18 | | $500.00 | | |
| 5/9/2018 | $1,667.00 | | | | $1,667.00 | | |
| 5/31/2018 | $1,668.00 | | | | $1,668.00 | | |
| 6/25/2018 | $768.00 | 5/1/2018 | 5/1/18 | | $768.00 | | |
| 6/25/2018 | $2,168.00 | | | $2,116.30 | $51.70 | | |
| 6/30/2018 | $900.00 | | NSF 6/25 | | $900.00 | | |
| 7/2/2018 | $2,167.00 | 6/1/2018 | 6/1/18 | $2,116.30 | $50.70 | $50.70 | |
| 8/2/2018 | $2,168.00 | 7/1/2018 | 7/1/18 | | $2,168.00 | | |
| 8/10/2018 | | | NSF 8/2 | | | | |
| 8/31/2018 | $1,369.00 | | | | | $1,369.00 | |
| 8/31/2018 | | 7/1/2018 | 7/1/18 | $2,164.58 | $1,364.58 | | $1,364.58 |
| 9/11/2018 | $2,168.00 | 8/1/2018 | 8/1/18 | $2,164.58 | $3.42 | $3.42 | |
| 9/12/2018 | | | NSF 9/11 & 8/31 | | | | $7.84 |
| 10/3/2018 | $2,168.00 | 7/1/2018 | 7/1/18 | $2,164.58 | $3.42 | | |
| 10/11/2018 | | | NSF 10/3 | | $0.00 | | |
| 10/18/2018 | $1,069.00 | | | | $1,069.00 | | |
| 11/2/2018 | $3,436.00 | 7/1/2018 | 7/1/18 | $2,164.58 | $1,271.42 | | |
| 11/6/2018 | | 8/1/2018 | 8/1/18 | $2,164.58 | -$2,164.58 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11/9/2018 | | | NSF 11/6 & 11/2 | | $0.00 | | |
| 11/23/2018 | $1,170.00 | | | | $1,170.00 | $1,170.00 | |
| 11/26/2018 | $500.00 | 7/1/2018 | 7/1/18 | $2,164.58 | -$1,664.58 | | $1,664.58 |
| 12/5/2018 | $1,459.00 | | | | $1,459.00 | | |
| 12/12/2018 | | | NSF 12/5 | | $0.00 | $705.58 | |
| 12/31/2018 | $867.00 | | | | $867.00 | $867.00 | |
| 1/14/2019 | $2,167.00 | 8/1/2018 | 8/1/18 | $2,164.58 | $2.42 | | |
| 1/18/2018 | | | NSF 1/14 | | $0.00 | | |
| 1/31/2018 | $500.00 | | | | $500.00 | $500.00 | |
| 2/6/2019 | $2,167.00 | 8/1/2018 | 8/1/18 | $2,164.58 | $2.42 | | |
| 2/13/2019 | | | NSF 2/6 | | $0.00 | | |
| 3/7/2019 | $2,168.00 | 8/1/2018 | 8/1/18 | $2,164.58 | $3.42 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |
| | | | | | $0.00 | | |

| TOTAL |
|---|
| 1,902.32 |
| 1,958.33 |
| 2,029.79 |
| 2,266.95 |
| 2,187.24 |
| 2,116.30 |
| 2,164.58 |
| 2,137.27 |
|  |

| Susp Balance | POC Arrears Credit | POC Debit |
|---|---|---|
| $1,986.00 |  |  |
| $27.67 |  |  |
| $2,013.67 |  |  |
| $55.34 |  |  |
| $2,041.34 |  |  |
| $83.01 |  |  |
| $2,069.01 |  |  |
| $110.68 |  |  |
| $2,140.68 |  |  |
| $110.89 |  |  |
| $2,140.68 |  |  |
| $110.89 |  |  |
| $110.89 | $636.08 |  |
| $2,140.68 |  |  |
| $110.89 |  |  |
| $110.89 | $320.31 |  |
| $110.89 |  |  |
| $110.89 | $961.19 | $1,902.32 |
| $2,140.68 |  |  |
| $110.89 |  |  |
| $110.89 | $640.38 |  |
| $110.89 | $960.66 |  |
| $2,013.21 |  |  |
| $4,168.00 |  |  |
| $2,138.21 |  |  |
| $108.42 |  |  |

| | | |
|---|---|---|
| $108.42 | $320.25 | $1,902.32 |
| $1,108.42 | | |
| $2,139.42 | | |
| $109.63 | | |
| $109.63 | $639.05 | |
| $109.84 | | |
| $109.84 | $638.35 | |
| $110.05 | | |
| $110.05 | $958.65 | $1,902.32 |
| $110.26 | | |
| $110.26 | $639.07 | |
| $110.26 | $319.63 | |
| $110.47 | | |
| $110.68 | | |
| $110.68 | $639.52 | $1,902.32 |
| $110.73 | | |
| $110.73 | $639.09 | |
| $110.78 | | |
| $110.78 | $639.03 | |
| $110.83 | | |
| $110.83 | $639.17 | $1,902.32 |

| | | |
|---|---|---|
| $110.88 | | |
| $110.88 | $958.02 | |
| $110.93 | | |
| $110.93 | $319.55 | |
| $110.98 | | |
| $110.98 | | |
| $110.98 | $639.90 | $1,902.32 |
| $111.03 | | |
| $111.03 | $636.33 | |
| $111.08 | | |
| $111.08 | $637.10 | |
| $23.03 | | |
| $23.03 | $955.55 | $1,902.32 |
| $23.08 | | |
| $23.08 | $318.46 | |
| $23.13 | | |
| $23.13 | $637.22 | |
| $23.18 | | |
| $23.18 | $637.10 | $1,902.32 |

| | | |
|---|---|---|
| $23.23 | | |
| $23.23 | $637.02 | |
| $23.28 | | |
| $23.28 | $636.95 | |
| $23.33 | | |
| $1,280.33 | | |
| $23.33 | | |
| $23.33 | $955.61 | $1,902.32 |
| $23.38 | | |
| $23.33 | | |
| $23.38 | | |
| $23.38 | $637.02 | |
| $1,581.38 | | |
| $1,581.38 | $558.61 | |
| $2,001.38 | | |
| $2,001.43 | | |
| $234.48 | | |
| $234.48 | $2,187.82 | $1,902.32 |
| $2,001.48 | | |
| $234.53 | | |
| $2,159.53 | | |
| $2,159.53 | $948.28 | $1,902.32 |
| $1,487.58 | | |
| $2,897.58 | $632.21 | |
| $1,630.63 | | |
| $773.68 | | |
| $773.68 | $316.14 | $1,902.32 |
| $1,843.68 | | |
| $856.44 | | |
| $856.44 | $632.55 | |
| $2,136.44 | | |
| $936.20 | | |
| $936.20 | $632.16 | |
| $936.96 | | |
| $936.96 | $631.48 | $1,902.32 |
| $1,976.96 | | |
| $882.72 | | |
| $882.72 | $882.06 | |
| $1,682.72 | | |
| $919.42 | | |
| $919.42 | $1,697.81 | $1,902.32 |

| | | |
|---:|---:|---|
| $958.12 | | |
| $958.12 | $565.95 | |
| $996.82 | | |
| $996.82 | $1,160.32 | |
| $630.52 | | |
| $1,033.52 | | |
| $1,033.52 | $1,160.25 | |
| $2,083.52 | | |
| $1,072.22 | | |
| $1,072.22 | **$1,131.89** | |
| $794.92 | | |
| $794.92 | **$1,698.12** | |
| $1,369.92 | | |
| $527.62 | | |
| $575.32 | | |
| $575.32 | **$1,131.70** | |
| $425.02 | | |
| $625.02 | | |
| $625.02 | **$565.84** | |
| $483.72 | | |
| $644.42 | | |
| $644.42 | $68.00 | |
| $2.12 | | |
| $2.12 | | |
| $2.12 | | |
| $2.12 | | |
| $2.12 | | |
| $2.12 | | |
| $2.12 | | |
| $52.82 | | |
| $52.82 | | |
| $52.82 | | |
| $1,421.82 | | |
| $57.24 | | |
| $60.66 | | |
| $52.82 | | |
| $52.82 | | |
| $52.82 | | |
| $52.82 | | |
| $52.82 | | |
| $52.82 | | |

| | | |
|---|---|---|
| $52.82 | | |
| $1,222.82 | | |
| -$441.76 | | |
| -$441.76 | | |
| $263.82 | | |
| $1,130.82 | | |
| $1,130.82 | | |
| $1,130.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |

| | | |
|---|---|---|
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |

| | | |
|---|---|---|
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |

| | | |
|---|---|---|
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |
| $1,630.82 | | |